COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents, *v.*
H. W. E. REALTY Co. OF BROOKLYN, INC., Appellant.

Argued October 6, 1947; decided October 16, 1947.

*T. Carlyle Jones* and *Daniel Miner* for appellant.

*Bernard Katzen,* General Attorney for State Insurance Fund (*Harry Schechter* and *William H. Stieglitz* of counsel), for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.